*E-Filed 2/18/11*

Stuart J. West SBN 202041
West & Associates, A PC
2815 Mitchell Drive
Suite 209
Walnut Creek, CA  94598
925.262.2220
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HardCandy, LLC,<br><br>             Plaintiff,<br><br>             vs.<br><br>Techshell, Inc. and<br><br>DOES 1-10,<br><br>             Defendant | **Case No.  3:10-cv-05622 -RS**<br><br><br>**Dismissal** |

TO THE COURT AND TO THE PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that plaintiff hereby dismisses its entire complaint with prejudice pursuant to F.R.C.P. 41(a)(1)(A).

Dated this 17th day of February, 2011,

/s/ Stuart J. West
Stuart J. West  SBN 202041
West & Associates, A PC
2815 Mitchell Drive
Suite 209
Walnut Creek, CA   94598
925.262.2220
Attorney for Plaintiff

IT IS SO ORDERED.    2/18/11

_____
Honorable R. Seeborg

Dismissal